**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ZURICH AMERICAN INSURANCE COMPANY**                                    **PLAINTIFF**

**VERSUS**                                                 **CAUSE NO. 1:07cv00678-LG-JMR**

**BRENDA STRONG and
BAMBI H. CLEMENT**                                                **DEFENDANTS**

<u>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
PURSUANT TO FED. R. CIV. P. 55**</u>

This matter is before the Court on the Motion for Judgment by Default [11] Against Defendant Brenda Strong  filed by the Plaintiff, Zurich American Insurance Company.  The clerk entered a default against Ms. Strong on July 31, 2007.  Moreover, it has been shown by affidavit submitted by counsel in support of the application for entry of default that Ms. Strong was duly served with the summons and a copy of the complaint on June 12, 2007; that Ms. Strong is not an infant or incompetent person or in military service within the purview of the Soldier's and Sailor's Civil Relief Act of 1940, as amended; and that Ms. Strong has failed to answer or otherwise appear in this action.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment [11] is **GRANTED**.  A separate judgment will be entered herewith.

**SO ORDERED AND ADJUDGED** this the 18th day of October, 2007.

_s/ Louis Guirola, Jr._
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE