IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ZURICH AMERICAN INSURANCE COMPANY                              PLAINTIFF

VERSUS                                                CAUSE NO. 1:07cv00678-LG-JMR

BRENDA STRONG and
BAMBI H. CLEMENT                                              DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter having come on to be heard on the Motion for Default Judgment Against Defendant Brenda Strong [11] filed by Plaintiff, Zurich American Insurance Company ("Zurich") and the Stipulation for Entry of Final Declaratory Judgment [10] filed by Zurich and Defendant, Bambi H. Clement.  The Court, after a full review and consideration of Defendant's Motion, the Stipulation of Declaratory Judgment, and the relevant legal authority, finds that the Stipulation for Entry of Final Declaratory Judgment [10] should be adopted by this Court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that, pursuant to the Order granting Default Judgment against Defendant, Brenda Strong, and the Stipulation for Entry of Declaratory Judgment agreed to by Zurich and the only remaining defendant, Clement, Zurich is entitled to a declaratory judgment that it has no duty to defend or indemnify Brenda Strong in the lawsuit filed by Defendant Clement in the Circuit Court of Pearl River County, Mississippi, concerning the motor vehicle accident that occurred on February 11, 2006.

**SO ORDERED AND ADJUDGED** this the 18th day of October, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE